**Motion Granted; Dismissed and Memorandum Opinion filed July 29, 2014.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00076-CV

## MORLOCK, LLC, Appellant

## V.

## AURORA LOAN SERVICES, LLC, Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-21628**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 31, 2012. On July 16, 2014, the parties filed an agreed motion to dismiss the appeal because they have settled the issues before the court, rendering the appeal moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.